

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

SELLSTROM MANUFACTURING
COMPANY,

Plaintiff,

v.

TECMEN ELECTRONICS COMPANY,
LTD.,

Defendant.

No. 08-CV-2105

The Honorable John W. Darrah

Magistrate Judge Valdez

JURY DEMAND

## ORDER OF DISMISSAL

This matter coming before the Court, and the Court being advised that the plaintiff has not

served defendant pursuant to Fed. R. Civ. P. 4, **IT IS HEREBY ORDERED:**

This action is dismissed without prejudice.

DATED: 8-20-08

ENTER: _____
United States District Judge